AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court

WESTERN  DISTRICT OF  MISSOURI

*CLOSED*

*FILED MAY 25 2000*

MARVIN FIELDER, et al.,
        Plaintiffs,

## JUDGMENT IN A CIVIL CASE

v.

CREDIT ACCEPTANCE
CORPORATION, et al.,
        Defendants.

CASE NUMBER: 96-1210-CV-W-3

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been considered ~~tried or heard~~ and a decision has been rendered.

IT IS ORDERED AND ADJUDGED the Court grants Defendant's motion for summary judgment on the TILA claim and denies Plaintiff's motion for reconsideration for summary judgment. The Clerk of the Court is directed to remand all remaining claims to the appropriate state court.

Entered On **MAY 26 2000**

May 25, 2000                     Patricia Brune

Date                                   Clerk

ORIGINAL                 (By) Deputy Clerk